UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br>        Plaintiff,<br><br>v.<br><br>St. Olaf College,<br>        Defendant. | **MOTION TO ALLOW PLAINTIFF TO PROCEED USING A PSEUDONYM**<br><br>Case No.: 18-cv-02689 |

Plaintiff respectfully requests that the Court allow Plaintiff in the above-named action to proceed under the pseudonym John Doe throughout the course of this litigation due to the privacy concerns at the heart of this matter. This motion is based on the Verified Complaint, the Memorandum in Support of Motion to Proceed Using a Pseudonym, the argument of counsel, and all other pleadings and documents filed herein. Plaintiffs respectfully request that this motion be handled on an expedited basis, pursuant to LR 7.1(d)(4).

Dated: September 17, 2018                                              **MCGRAW LAW FIRM, P.A.**

                                                                                   **/s/Beau D. McGraw**

Beau D. McGraw, I.D. No.: 31190X
Attorney for Plaintiff
10390 39th Street North, Suite 3
Lake Elmo, MN 55042
Telephone:  (651) 209-3200
beau@mcgrawlawfirm.com

1