UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Doe,

          Plaintiff,

  v.

St. Olaf College,

          Defendant.

_____
_____

**CERTIFICATE OF COMPLIANCE**

Case No.: 18-cv-02689

I hereby certify that this Memorandum conforms to the requirements or Local Rules 7.1(c) and (e). The length of this Memorandum is 690 words, and was prepared using Microsoft Word 2013, Times New Roman font size 13. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated: September 17, 2018          **MCGRAW LAW FIRM, P.A.**

                                                    **/s/Beau D. McGraw**

                                                    _____
                                                    Beau D. McGraw, I.D. No.: 31190X
                                                    Attorney for Plaintiff
                                                    10390 39th Street North, Suite 3
                                                    Lake Elmo, MN 55042
                                                    Telephone: (651) 209-3200
                                                    beau@mcgrawlawfirm.com