UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| St. Olaf College, | |
| Defendant. | |

---

TO:   PLAINTIFF ABOVE-NAMED AND HIS ATTORNEY, Beau D. McGraw, Esq., McCraw Law Firm, P.A., 10390 39th St. North, Suite 3, Lake Elmo, MN  55042.

PLEASE TAKE NOTICE that Jonathan P. Norrie and Bassford Remele, A Professional Association, shall appear as counsel for Defendant St. Olaf College in the above-captioned matter.

**BASSFORD REMELE**
*A Professional Association*

Dated:  September 21, 2018      By:  s/ Jonathan P. Norrie
                                                Jonathan P. Norrie (MN #347309)
                                                Brittany Bachman Skemp (MN #395227)
                                                100 South 5th Street, Suite 1500
                                                Minneapolis, Minnesota  55402-1254
                                                Telephone:  (612) 333-3000
                                                Facsimile:  (612) 333-8829
                                                Email:  jnorrie@bassford.com
                                                            bskemp@bassford.com

Attorneys for Defendant