# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| St. Olaf College, | |
| Defendant. | |

TO: PLAINTIFF ABOVE-NAMED AND HIS ATTORNEY, Beau D. McGraw, Esq., McCraw Law Firm, P.A., 10390 39th St. North, Suite 3, Lake Elmo, MN 55042.

PLEASE TAKE NOTICE that Brittany B. Skemp and Bassford Remele, A Professional Association, shall appear as counsel for Defendant St. Olaf College in the above-captioned matter.

**BASSFORD REMELE**
*A Professional Association*

Dated: September 21, 2018        By: s/ Brittany B. Skemp
Jonathan P. Norrie (MN #347309)
Brittany Bachman Skemp (MN #395227)
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jnorrie@bassford.com
             bskemp@bassford.com

Attorneys for Defendant