## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br>        Plaintiff,<br><br>v.<br><br>St. Olaf College,<br>        Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED USING A PSEUDONYM**<br><br>**Case No.: 18-cv-02689** |

_____

Based upon the files, arguments of counsel, records, and proceedings, IT IS HEREBY ORDERED that:

The Plaintiff's motion to Proceed Using a Pseudonym is hereby GRANTED.

Dated: October 9, 2018                                  s/ *Steven E. Rau*
                                                                      Steven E. Rau
                                                                      U.S. Magistrate Judge