## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>St. Olaf College,<br><br>        Defendant. | Civil No. 18-cv-02689 (MJD/SER)<br><br>**NOTICE OF HEARING ON DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on a date and time to be determined, before the Honorable Michael J. Davis, United States District Court for the District of Minnesota, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, Defendant St. Olaf College, by and through its undersigned attorneys, will move this Court for an order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

This motion is based upon the Memorandum of Law, Declarations, and Exhibits herewith, and all of the files, records, and proceedings herein.

                                                  **BASSFORD REMELE**
                                                  *A Professional Association*

Dated: November 20, 2018        By: *s/ Jonathan P. Norrie*
                                                   Jonathan P. Norrie (MN #347309)
                                                   Brittany Bachman Skemp (MN #395227)
                                                   100 South 5th Street, Suite 1500
                                                   Minneapolis, Minnesota 55402-1254
                                                   Telephone: (612) 333-3000
                                                   Facsimile: (612) 333-8829
                                                   Email: jnorrie@bassford.com
                                                                    bskemp@bassford.com

                                                  *Attorneys for St. Olaf College*