UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **LOCAL RULE 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** |
| St. Olaf College, | |
| Defendant. | |

---

The undersigned counsel affirms that the Memorandum in Support of Defendant's Rule 12(b)(6) Motion to Dismiss complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h).  This memorandum contains 7,670 words as calculated by the word-count function of Microsoft Word 2010, which is the word-processing software that was used to generate the word count.  This function was applied specifically to include all text, including headings, footnotes, and quotations.

**BASSFORD REMELE**
*A Professional Association*

Dated:  November 20, 2018        By: *s/ Jonathan P. Norrie*
Jonathan P. Norrie (MN #347309)
Brittany Bachman Skemp (MN #395227)
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: jnorrie@bassford.com
         bskemp@bassford.com

*Attorneys for St. Olaf College*