## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **DECLARATION OF JONATHAN P. NORRIE IN SUPPORT OF DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS** |
| St. Olaf College, | |
| Defendant. | |

Jonathan P. Norrie declares, under penalty of perjury and under the provisions of 28 U.S.C. § 1746, that the following is true and correct:

1. I am duly licensed to practice law before this Court and am a shareholder at Bassford Remele, P.A., counsel for Defendant in the above-captioned matter. I submit this Declaration in support of Defendant's Rule 12(b)(6) Motion to Dismiss.

2. Attached hereto as **Exhibit A,** *and filed under seal,* is a true and correct copy of the state-court criminal complaint filed against Plaintiff John Doe.

3. Attached hereto as **Exhibit B,** *and filed under seal,* is a true and correct excerpt from the transcript of the interview Northfield Police conducted with John Doe on November 15, 2017. John Doe's counsel filed a complete version of this document in the state-court criminal case against Doe.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: November 20, 2018              *s/ Jonathan P. Norrie*
                                      Jonathan P. Norrie