UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>St. Olaf College,<br><br>        Defendant. | Civil No. 18-cv-02689 (MJD/SER)<br><br>**DEFENDANT'S L.R. 5.6(d)(1)(A)(ii) STATEMENT** |

I, Jonathan P. Norrie, representing Defendant St. Olaf College, state that the following documents were filed under temporary seal:

1. Docket No. 15 - Exhibit A to the Declaration of Jonathan P. Norrie in Support of Defendant's Rule 12(b)(6) Motion to Dismiss.

2. Docket No. 16 - Exhibit B to the Declaration of Jonathan P. Norrie in Support of Defendant's Rule 12(b)(6) Motion to Dismiss.

These documents are impracticable to redact.

                                                  **BASSFORD REMELE**
                                                  *A Professional Association*

Dated: November 20, 2018        By: *s/ Jonathan P. Norrie*
                                                  Jonathan P. Norrie (MN #347309)
                                                  Brittany Bachman Skemp (MN #395227)
                                                  100 South 5th Street, Suite 1500
                                                  Minneapolis, Minnesota 55402-1254
                                                  Telephone: (612) 333-3000
                                                  Facsimile: (612) 333-8829
                                                  Email: jnorrie@bassford.com
                                                                 bskemp@bassford.com

                                                  *Attorneys for St. Olaf College*