UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **[PROPOSED]** |
| | **ORDER GRANTING DEFENDANT'S** |
| St. Olaf College, | **RULE 12(b)(6) MOTION TO DISMISS** |
| Defendant. | |

This matter having come before the Court on the Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 11), the parties having fully briefed the matter, and the Court having fully considered the arguments of counsel,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss is **GRANTED** in its entirety.

2. Plaintiff's Complaint is hereby dismissed with prejudice and on the merits.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____     _____
The Honorable Michael J. Davis
United States District Court