UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **LR 7.1 MEET AND CONFER STATEMENT** |
| St. Olaf College, | |
| Defendant. | |

Pursuant to Minnesota Local Rule 7.1(a), Defendant certifies that on November 20, 2018, counsel for Defendant St. Olaf College met and conferred by email with counsel for Plaintiff, but the parties could not agree on the resolution of the issues presented in Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. 11).

Respectfully submitted,

Dated: November 26, 2018
    *s/ Jonathan P. Norrie*
Jonathan P. Norrie (MN #347309)
Brittany Bachman Skemp (MN #395227)
Bassford Remele, P.A.
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402-1254
Telephone: (612) 333-3000
jnorrie@bassford.com
bskemp@bassford.com

*Attorneys for St. Olaf College*

4825-3869-7601, v. 1