## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

John Doe,                                    Civil No. 18-cv-02689 (MJD/SER)

        Plaintiff,

v.                                           **JOINT MOTION REGARDING**
                                                 **CONTINUED SEALING**

St. Olaf College,

        Defendant.

---

Documents have been filed under temporary seal in connection with *Defendant's Rule 12(b)(6) Motion to Dismiss*, Dkt. No. 11. Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing. The Parties agree that the following documents should remain under seal in their entirety:

1. Docket No. 15 – Exhibit A to the Declaration of Jonathan P. Norrie in Support of Defendant's Rule 12(b)(6) Motion to Dismiss. This document is the state-court criminal complaint filed against Plaintiff John Doe.

2. Docket No. 16 – Exhibit B to the Declaration of Jonathan P. Norrie in Support of Defendant's Rule 12(b)(6) Motion to Dismiss. This document is the transcript of the interview Northfield Police conducted with John Doe on November 15, 2017.

These documents are impracticable to redact and should remain under seal because they reveal information relating to an alleged sexual assault, include information protected from disclosure by the Family Educational Rights and Privacy Act (FERPA), and because they identify Plaintiff John Doe.

Respectfully submitted,

Dated: November 27, 2018          *s/ Jonathan P. Norrie*
                                  Jonathan P. Norrie (MN #347309)
                                  Brittany Bachman Skemp (MN #395227)
                                  Bassford Remele, P.A.
                                  100 South 5th Street, Suite 1500
                                  Minneapolis, Minnesota 55402-1254
                                  Telephone: (612) 333-3000
                                  jnorrie@bassford.com
                                  bskemp@bassford.com

                                  **Attorneys for St. Olaf College**

Dated: November 27, 2018          *s/ Beau D. McGraw*
                                  Beau D. McGraw
                                  McGraw Law Firm, P.A.
                                  10390 39th Street North, Suite 3
                                  Lake Elmo, MN 55042
                                  Telephone: (651) 209-3200
                                  beau@mcgrawlawfirm.com

                                  **Attorney for Plaintiff John Doe**

4817-7674-5344, v. 1