# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT MOTION REGARDING CONTINUED SEALING** |
| St. Olaf College, | |
| Defendant. | |

This matter having come before the Court on the parties' Joint Motion Regarding Continued Sealing (Dkt. No. 20), and the Court having fully considered the arguments of counsel,

**IT IS HEREBY ORDERED:**

1. The Joint Motion Regarding Continued Sealing is **GRANTED**.

2. Exhibits A and B to the Declaration of Jonathan P. Norrie in Support of Defendant's Rule 12(b)(6) Motion to Dismiss (Dkt. Nos. 15-16) shall remain under seal in their entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: _____      _____
                                  The Honorable Steven E. Rau
                                  United States Magistrate Judge