

FINDING JUSTICE ONE CASE AT A TIME

MCGRAW LAW FIRM. P.A.

ATTORNEY
BEAU D. MCGRAW*√

651.209.3200
WWW.MCGRAWLAWFIRM.COM

LEGAL ASSISTANT
MELISSA M. SCHULTZ

10390 39TH STREET NORTH SUITE 3
LAKE ELMO. MINNESOTA 55042

December 4, 2018

The Honorable Steven E. Rau
Magistrate Judge of Federal District Court
U.S. Courthouse
316 North Robert Street, Suite 348
St. Paul, MN 55101

Re:     John Doe v. St. Olaf College
        Case Number: 18-cv-02689 (MJD/SER)

Dear The Honorable Magistrate Judge Rau:

I am in receipt of the Notice of Setting Status Conference for December 7, 2018, at 10:00 a.m. relative to the above-referenced matter.  Please be advised that I am unavailable on December 7, 2018, as I am scheduled to be in Detroit, Michigan at that time.  As such, I would respectfully request this matter be rescheduled to a date and time that works with my calendar.

I thank Your Honor in advance for your time and attention to this matter.

Respectfully submitted,

**MCGRAW LAW FIRM, P.A.**

**/s/Beau D. McGraw**

Beau D. McGraw

Cc:     Jonathan P. Norrie, Esq.
        John Doe