UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No. 18-cv-02689 (MJD/SER)

John Doe,

    Plaintiff,

v.

St. Olaf College,

    Defendant.

**AMENDED NOTICE OF HEARING ON DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

---

**PLEASE TAKE NOTICE** that on **January 10, 2019 at 11:00 a.m.**, before the Honorable Michael J. Davis, United States District Court for the District of Minnesota, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, Defendant St. Olaf College, by and through its undersigned attorneys, will move this Court for an order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

    **BASSFORD REMELE**
    *A Professional Association*

Dated:  December 7, 2018

    *s/ Jonathan P. Norrie*
    Jonathan P. Norrie (MN #347309)
    Brittany Bachman Skemp (MN #395227)
    100 South 5th Street, Suite 1500
    Minneapolis, Minnesota 55402-1254
    Telephone: (612) 333-3000
    Facsimile: (612) 333-8829
    Email: jnorrie@bassford.com
          bskemp@bassford.com

*Attorneys for St. Olaf College*

4839-8946-6498, v. 1