UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>St. Olaf College,<br><br>        Defendant. | **Case No.:** 18-cv-02689 (MJD/SER)<br><br>**CERTIFICATE OF COMPLIANCE** |

I hereby certify that this Memorandum conforms to the requirements or Local Rules 7.1(c) and (f). The length of this Memorandum is 7,594 words, and was prepared using Microsoft Word 2013, Times New Roman font size 13. The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.


Dated: December 12, 2018                    **MCGRAW LAW FIRM, P.A.**


                                                                                   /s/Beau D. McGraw
                                                                                   _____
                                                                                   Beau D. McGraw, I.D. No.: 31190X
                                                                                   Attorney for Plaintiff
                                                                                   10390 39th Street North, Suite 3
                                                                                   Lake Elmo, MN 55042
                                                                                   Telephone: (651) 209-3200
                                                                                   beau@mcgrawlawfirm.com