# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| John Doe, | **COURT MINUTES** |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 18-cv-2689 (MJD/SER) |
| | Dated: December 13, 2018 |
| St. Olaf College, | Courthouse: St. Paul |
| | Courtroom:  3C |
| Defendant. | Court Reporter: audio recording |
| | Time Commenced: 10:00 a.m. |
| | Time Concluded: 10:14 a.m. |
| | Time in Court:   14 minutes |

**APPEARANCES:**

For Plaintiff: Beau D. McGraw
For Defendant: Jonathan P. Norrie


**PROCEEDINGS:**
1. Status conference held concerning the parties' Joint Motion Regarding Continued Sealing, (ECF No. 20), and re-consideration of Motion to Allow Plaintiff to Proceed Using a Pseudonym, (ECF No. 2).
2. Plaintiff shall file his brief concerning the continued propriety of proceeding under a pseudonym no later than 7 days following the state district court's decision on his pending motion to dismiss for lack of probable cause. Plaintiff's brief shall include the outcome of that motion and the current status of the criminal prosecution. Defendant may file a reply, if necessary, 4 days thereafter.


*s/Gordon F. Knoblach*
**Signature of Law Clerk**