# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil Action No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| St. Olaf College | |
| Defendant. | |

I, Jonathan P. Norrie, certify that Reply Memorandum in Support of Defendant's Rule 12(b)(6) Motion to Dismiss complies with Local Rule 7.1(f).

I further certify that, in preparation of this Reply Memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 2,109 words.

                                                  **BASSFORD REMELE**
                                                  *A Professional Association*

Dated:  December 20, 2018        *s/ Jonathan P. Norrie*
                                              Jonathan P. Norrie (MN #347309)
                                              Brittany Bachman Skemp (MN #395227)
                                              100 South 5th Street, Suite 1500
                                              Minneapolis, Minnesota 55402-1254
                                              Telephone: (612) 333-3000
                                              Facsimile: (612) 333-8829
                                              jnorrie@bassford.com
                                              bskemp@bassford.com

                                              *Attorneys for St. Olaf College*