## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Doe,

        Plaintiff,

v.

St. Olaf College,

        Defendant.

Civil No. 18-cv-02689 (MJD/SER)

**DECLARATION OF JONATHAN P. NORRIE IN SUPPORT OF DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

Jonathan P. Norrie declares, under penalty of perjury and under the provisions of 28 U.S.C. § 1746, that the following is true and correct:

1. I am duly licensed to practice law before this Court and am a shareholder at Bassford Remele, P.A., counsel for Defendant in the above-captioned matter. I submit this Declaration in support of Defendant's Rule 12(b)(6) Motion to Dismiss.

2. Attached hereto as **Exhibit C** is a true and correct copy of the Star Tribune article referenced by Plaintiff in Paragraph 14 of his Complaint.

3. Attached hereto as **Exhibit D** is a true and correct copy of the blog post referenced by Plaintiff in Paragraph 14 of his Complaint.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: December 20, 2018

        *s/ Jonathan P. Norrie*
        Jonathan P. Norrie