# EXHIBIT D

# MY COLLEGE IS PROTECTING RAPISTS

# About

## My name is Madeline, and my college is protecting my rapist.

In September of 2015, I reported my rape to the St. Olaf administration. I was raped by a fellow student in May of 2015. I went to the administration because I had confidence in their ability to fairly and professionally handle my case. Despite my trust, I was met with a variety of procedural errors as well as instances in which the college refused to protect me. My school has completely failed to address my sexual assault or protect me from further harassment and abuse from my rapist. I am deeply hurt by the betrayal of a community I trusted. I am standing up because this is unacceptable.