# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTIONS HEARING

| | |
|---|---|
| John Doe | **COURT MINUTES** |
| Plaintiff, | BEFORE: Judge Michael J. Davis |
| | U.S. District Judge |
| v. | |
| St. Olaf College | Case No: 18-cv-2689 (MJD/SER) |
| | Date: January 10, 2019 |
| | Courthouse: Minneapolis |
| | Courtroom: 13E |
| Defendant. | Court Reporter: Debra Beauvais |
| | Time Commenced: 11:05 a.m. |
| | Time Concluded: 11:31 a..m. |
| | Time in Court: 26 minutes |

Hearing on:   **Motion to Dismiss [11]**

APPEARANCES:

   Plaintiff:   Beau D. McGraw, McGraw Law Firm, PA
   Defendant:   Brittany B. Skemp and Jonathan P. Norrie, Bassford Remele

PROCEEDINGS:

The motion was moved, argued and taken under advisement. Order to follow.

Date: January 10, 2019                                                                   s/Gerri Rishel
                                                                              Courtroom Deputy to Judge Michael J. Davis