# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTIONS HEARING

| | | |
|---|---|---|
| John Doe | ) | **COURT MINUTES** |
| | ) | BEFORE: Judge Michael J. Davis |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No:  18-cv-2689 (MJD/SER) |
| | ) | Date:  January 10, 2019 |
| St. Olaf College | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  13E |
| Defendant. | ) | Court Reporter:  Debra Beauvais |
| | ) | Time Commenced:  11:05 a.m. |
| | ) | Time Concluded:  11:31 a..m. |
| | ) | Time in Court:  26 minutes |
| | ) | |

Hearing on:   **Motion to Dismiss [11]**

APPEARANCES:

    Plaintiff:    Beau D. McGraw, McGraw Law Firm, PA
    Defendant:    Brittany B. Skemp and Jonathan P. Norrie, Bassford Remele

PROCEEDINGS:

The motion was moved, argued and taken under advisement. Order to follow.

Date: January 10, 2019

s/Gerri Rishel
Courtroom Deputy to Judge Michael J. Davis