UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN DOE,

      Plaintiff,

v.                                          **ORDER**
                                           Civil File No. 18-2689 (MJD/SER)

ST. OLAF COLLEGE,

      Defendant.

---

Beau D. McGraw, McGraw Law Firm, PA, Counsel for Plaintiff.

Brittany B. Skemp and Jonathan P. Norrie, Bassford Remele, Counsel for Defendant.

A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for settlement purposes in this matter.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

    The Honorable Jonathan Lebedoff (Retired) is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, <u>Doe v. St. Olaf College</u>, Civil No. 18-cv-2689 (MJD/SER).

1. The special master is empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions.

2. Parties shall contact Jonathan Lebedoff as soon as possible to schedule the mediation session.

   > Jonathan Lebedoff
   > 4900 IDS Center
   > 80 South 8th Street
   > Minneapolis, MN 55402
   > Phone: (612) 338-0505
   > Website: http://www.jlebedoff.com/

3. The special master shall be compensated at the rate of $400 per hour. Compensation of the special master shall be apportioned as follows: 50% will be paid for by Plaintiff and 50% will be paid for by Defendant.

Dated:  January 10, 2019         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court