UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN DOE,

      Plaintiff,

v.                              **ORDER**
                               Civil File No. 18-2689 (MJD/SER)

ST. OLAF COLLEGE,

      Defendant.

---

On January 10, 2019, the Court appointed the Honorable Jonathan Lebedoff (Retired) as special master empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions. Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

    Both parties, armed with full settlement authority, and their attorneys shall appear before Special Master Lebedoff on February 26, 2019, at 9:00 a.m., at Bassford Remele, 100 South 5th Street, Suite 1500, Minneapolis, Minnesota, 55402, for mediation.

Dated: February 14, 2019          /s Michael J. Davis
                                               Michael J. Davis
                                               United States District Court