UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| St. Olaf College, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that Plaintiff's claims and Complaint against Defendant may be, and hereby are dismissed on the merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

No monetary compensation was provided to Plaintiff or his agents, attorneys or representatives in connection with the resolution or dismissal of this lawsuit.

The matter was resolved to the satisfaction of both parties.

Dated:  February 26, 2019                 By: *s/ Beau McGraw*
                                          Beau McGraw (MN# 31190x)
                                          McGraw Law Firm, P.A.
                                          10390 39th Street North
                                          Lake Elmo, MN 55042
                                          Telephone:  (651) 209-3200
                                          beau@mcgrawlawfirm.com

                                          *Attorneys for Plaintiff*

|  |  |
|---|---|
|  | **BASSFORD REMELE**<br>*A Professional Association* |
| Dated:  February 26, 2019 | By: *s/ Jonathan P. Norrie*<br>Jonathan P. Norrie (MN #347309)<br>100 South Fifth Street, Suite 1500<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 333-3000<br>Facsimile:  (612) 333-8829<br>jnorrie@bassford.com |
|  | *Attorneys for Defendant* |