## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 18-cv-02689 (MJD/SER) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| St. Olaf College, | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal with Prejudice (ECF No. 35) filed on March 1, 2019,

**IT IS HEREBY ORDERED** that Plaintiff's claims and Complaint against Defendant is **DISMISSED WITH PREJUDICE,** on the merits, and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated_____        _____
MICHAEL J. DAVIS
United States District Judge