## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| John Doe | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-2689 (MJD/SER) |
| St. Olaf College | |
| Defendant(s) | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that Plaintiff's claims and Complaint against Defendant is DISMISSED WITH PREJUDICE,

on the merits, and without costs, disbursements or attorneys' fees to any party.

Date: 3/7/2019                                                                KATE M. FOGARTY, CLERK

                                                                                         s/*K. Krulas*
                                                                               (By)   K. Krulas, Deputy Clerk